PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
*psp@paulpaddalaw.com*
NATHANIEL R. CARLSON, ESQ.
Nevada Bar No. 16057
*ncarlson@paulpaddalaw.com*
SRILATA R. SHAH, ESQ.
Nevada Bar No. 6820
*sri@paulpaddalaw.com*
**PAUL PADDA LAW, PPLC**
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
Telephone: (702) 366-1888
Facsimile: (702) 366-1940
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASHLY RAI, | Case No. 2:24-cv-00161-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES (FIRST REQUEST)** |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rules of Civil Practice LR IA 6-1 and LR 26-3, the parties to this action respectfully request that the Court approve this Stipulation to extend the current discovery deadlines by 60 days. Counsel for the respective parties communicated regarding this matter and agree that the requested extension is necessary and supported by good cause. This is the parties' first request for an extension of the discovery deadlines.

…

…

**I.     DISCOVERY COMPLETED BY THE PARTIES:**

The parties have served their initial disclosures as well as several supplements thereto. Plaintiff's Independent Medical Examination ("IME") was completed on May 7, 2024. Plaintiff's deposition is scheduled on June 26, 2024. The IME report has not been disclosed by the Defendant. Responses to written discovery by Plaintiff are due on June 22, 2024.

**II.     DISCOVERY WHICH REMAINS TO BE COMPLETED:**

Plaintiff intends to depose the relevant claims handling personnel of Defendant, COSTCO WHOLESALE CORPORATION ("COSTCO"), including their 30 b(6) representative all of whom reside out of state.  COSTCO has noticed the deposition of the Plaintiff. The parties have propounded and are in the process of responding to the written discovery. The parties will also disclose and depose experts.  The experts will include several medical providers and experts.

**III.     REASONS WHY DISCOVERY WAS NOT SATISFIED OR COMPLETED WITHIN THE TIME LIMIT SET BY THE DISCOVERY PLAN:**

The parties have been working diligently throughout the discovery process.  As indicated above, the parties engaged in discovery efforts in terms of disclosures and written discovery. An IME of the Plaintiff was conducted on May 7, 2024. The IME report is still pending. Plaintiff's deposition is to take place on June 26, 2024. Plaintiff recently underwent foot surgery related to the injuries sustained in the slip and fall at COSTCO. Plaintiff is in the process of supplementing those medical records and billing. The disclosure of the updated medical records is needed for the parties to include said information in their expert reports.

**IV.     GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION**

As stated above, the parties have been working diligently on all discovery-related items. There are outstanding written discovery responses and deposition of the parties and experts that need to be completed.  The parties anticipate this extension will be a reasonable amount of time for all depositions and disclosures mentioned above to be completed.

…

…

…

**V.      SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY:**

The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling Order be continued 60 days, as follows:

The parties propose the following discovery schedule to be approved by the Court:

| EVENT | CURRENT DEADLINE | ~~PROPOSED~~ DEADLINE |
|---|---|---|
| Discovery Cut-Off | August 20, 2024 | October 21, 2024 (Monday) |
| Amending Pleadings and Adding Parties | May 22, 2024 | July 22, 2024 (Monday) |
| Initial Expert Disclosures | June 21, 2024 | August 20, 2024 (Tuesday) |
| Rebuttal Expert Disclosures | July 21, 2024 | September 20, 2024 (Friday) |
| Dispositive Motions | September 19, 2024 | November 20, 2024 (Wednesday) |
| Pre-Trial Order[1] | October 19, 2024 | December 20, 2024 (Friday) |

Despite best efforts, the parties have not been able to complete the discovery that is necessary and needed at this juncture. However, the parties believe that, should the Court approve this Stipulation for an extension of discovery deadlines, the additional time requested herein will be sufficient to allow the parties to complete discovery.

…

…

…

…

…

…

…

---

[1] If a dispositive motion is filed, the deadline for filing the joint pretrial order will be suspended until 30-days after the decision on the dispositive motions or further Court order. See LR 26-1(b)(5).

IT IS RESPECTFULLY SUBMITTED.

| | |
|---|---|
| Dated this 6th day of June 2024. | Dated this 6th day of June 2024. |
| RANALLI ZANIEL FOWLER & MORAN, LLC | PAUL PADDA LAW, PLLC. |
| */s/ Maegun C. Mooso* | */s/ Paul S. Padda* |
| George M. Ranalli, Esq.<br>Nevada Bar No. 5748<br>Maegun Mooso, Esq.<br>Nevada Bar No. 15067<br>2340 W. Horizon Ridge Parkway, #100<br>Henderson, NV 89052<br>ranalliservice@ranallilawyers.com<br>*Attorneys for Defendant,*<br>*Costco Wholesale Corporation* | Paul S. Padda, Esq.<br>Nevada Bar No. 10417<br>Nathaniel R. Carlson, Esq.<br>Nevada Bar No. 16057<br>Srilata R. Shah, Esq.<br>Nevada Bar No. 6820<br>4560 S. Decatur Blvd., Ste. 300<br>Las Vegas, NV 89103<br>psp@paulpaddalaw.com<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2024

Prepared and submitted by:

PAUL PADDA LAW, PLLC

/s/ Paul S. Padda
_____
Paul S. Padda, Esq.
Nevada Bar No. 10417
4560 S. Decatur Blvd., Ste. 300
Las Vegas, NV 89103
*Attorneys for Plaintiff*