1  PAUL S. PADDA, ESQ.
   Nevada Bar No. 10417
2  *psp@paulpaddalaw.com*
   NATHANIEL R. CARLSON, ESQ.
3  Nevada Bar No. 16057
   *ncarlson@paulpaddalaw.com*
4  SRILATA R. SHAH, ESQ.
   Nevada Bar No. 6820
5  *sri@paulpaddalaw.com*
   **PAUL PADDA LAW, PPLC**
6  4560 S. Decatur Boulevard, Ste. 300
   Las Vegas, Nevada 89103
7  Telephone: (702) 366-1888
   Facsimile: (702) 366-1940
8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11

12 | ASHLY RAI,                          | Case No. 2:24-cv-00161-JAD-EJY
13 |        Plaintiff,                   | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES (SECOND REQUEST)**
14 |   v.                                |
15 | COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, |
16 |                                     |
17 |        Defendants.                  |
18 |                                     |

19      Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rules of Civil Practice
20 LR IA 6-1 and LR 26-3, the parties to this action respectfully request that the Court approve this
21 Stipulation to extend the current discovery deadlines by 45 days. Counsel for the respective parties
22 communicated regarding this matter and agree that the requested extension is necessary and
23 supported by good cause. This is the parties' second request for an extension of the discovery
24 deadlines.
25
26 …
27 …
28

I. **DISCOVERY COMPLETED BY THE PARTIES:**

The parties have served their initial disclosures as well as several supplements thereto. Plaintiff's Independent Medical Examination ("IME") was completed on May 7, 2024. Plaintiff's deposition took place on June 26, 2024. The IME report has been disclosed by the Defendant. Responses to written discovery by Plaintiff were due on June 24, 2024, and provided by Plaintiff. Responses to written discovery by Defendants are due on September 13, 2024.

II. **DISCOVERY WHICH REMAINS TO BE COMPLETED:**

Plaintiff intends to depose the relevant claims handling personnel of Defendant, COSTCO WHOLESALE CORPORATION ("COSTCO"), including their 30 b (6) representative all of whom reside out of state. The parties have propounded and are in the process of responding to the written discovery. The parties will also disclose and depose experts. The experts will include several medical providers and human factors experts.

III. **REASONS WHY DISCOVERY WAS NOT SATISFIED OR COMPLETED WITHIN THE TIME LIMIT SET BY THE DISCOVERY PLAN:**

The parties have been working diligently throughout the discovery process. As indicated above, the parties engaged in discovery efforts in terms of disclosures and written discovery. An IME of the Plaintiff was conducted on May 7, 2024. The IME report was disclosed by Defendants. Plaintiff's deposition took place on June 26, 2024. Plaintiff recently underwent foot surgery related to the injuries sustained in the slip and fall at COSTCO. Plaintiff continues to treat for her injuries. Plaintiff is continuing to supplement the medical records and billing. The disclosure of the updated medical records is needed for the parties to include said information in their expert reports. Defendants responses to the written discovery is needed for the human factors expert to provide their expert opinions. The parties are also discussing possible settlement in this case prior to incurring costs for experts.

IV. **GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION**

As stated above, the parties have been working diligently on all discovery-related items. There are outstanding written discovery responses and deposition of the parties and experts that need to be completed. The parties anticipate this extension will be a reasonable amount of time for

1  all depositions and disclosures mentioned above to be completed.

2  **V.      SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY:**

3  The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling

4  Order be continued 45 days, as follows:

5  The parties propose the following discovery schedule to be approved by the Court:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Cut-Off | October 21, 2024 | December 05, 2024 |
| Amending Pleadings and Adding Parties | July 22, 2024 | September 05, 2024 |
| Initial Expert Disclosures | August 20, 2024 | October 04, 2024 |
| Rebuttal Expert Disclosures | September 20, 2024 | November 04, 2024 |
| Dispositive Motions | November 20, 2024 | January 03, 2025 |
| Pre-Trial Order[1] | December 20, 2024 | February 03, 2025 |

Despite best efforts, the parties have not been able to complete the discovery that is necessary and needed at this juncture. However, the parties believe that, should the Court approve this Stipulation for an extension of discovery deadlines, the additional time requested herein will be sufficient to allow the parties to complete discovery.

…

…

…

…

…

---

[1] If a dispositive motion is filed, the deadline for filing the joint pretrial order will be suspended until 30-days after the decision on the dispositive motions or further Court order. See LR 26-1(b)(5).

…

IT IS RESPECTFULLY SUBMITTED.

| | |
|---|---|
| Dated this 19th day of August 2024 | Dated this 19th day of August 2024. |
| RANALLI ZANIEL FOWLER & MORAN, LLC | PAUL PADDA LAW, PLLC. |
| */s/ Maegun C. Mooso* | */s/ Srilata R. Shah* |
| George M. Ranalli, Esq.<br>Nevada Bar No. 5748<br>Maegun Mooso, Esq.<br>Nevada Bar No. 15067<br>2340 W. Horizon Ridge Parkway, #100<br>Henderson, NV 89052<br>ranalliservice@ranallilawyers.com<br>*Attorneys for Defendant,*<br>*Costco Wholesale Corporation* | Paul S. Padda, Esq.<br>Nevada Bar No. 10417<br>Srilata R. Shah, Esq.<br>Nevada Bar No. 6820<br>4560 S. Decatur Blvd., Ste. 300<br>Las Vegas, NV 89103<br>sri@paulpaddalaw.com<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Date:  August 19, 2024

Prepared and submitted by:

PAUL PADDA LAW, PLLC

/s/ Srilata R. Shah
_____
Srilata R. Shah, Esq.
Nevada Bar No. 6820
4560 S. Decatur Blvd., Ste. 300
Las Vegas, NV 89103
*Attorneys for Plaintiff*