PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
*psp@paulpaddalaw.com*
SRILATA R. SHAH, ESQ.
Nevada Bar No. 6820
*sri@paulpaddalaw.com*
**PAUL PADDA LAW, PPLC**
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
Telephone: (702) 366-1888
Facsimile: (702) 366-1940
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASHLY RAI,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00161-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES (THIRD REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rules of Civil Practice LR IA 6-1 and LR 26-3, the parties to this action respectfully request that the Court approve this Stipulation to extend the current discovery deadlines by 60 days. Counsel for the respective parties communicated regarding this matter and agree that the requested extension is necessary and supported by good cause. This is the parties' third request for an extension of the discovery deadlines.

…

…

…

**I.     DISCOVERY COMPLETED BY THE PARTIES:**

The parties have served their initial disclosures as well as several supplements thereto. Plaintiff's Independent Medical Examination ("Rule 35 Exam") was completed on May 7, 2024. Plaintiff's deposition took place on June 26, 2024. The Rule 35 Exam report has been disclosed by the Defendant. Responses to written discovery by Plaintiff were due on June 24, 2024, and provided by Plaintiff. Responses to written discovery by Defendants were due on September 13, 2024 and have been extended until September 30, 2024 due to a 2 week extension.

**II.    DISCOVERY WHICH REMAINS TO BE COMPLETED:**

Plaintiff intends to depose the relevant claims handling personnel of Defendant, COSTCO WHOLESALE CORPORATION ("COSTCO"), including their 30 b (6) representative all of whom reside out of state.  The parties have propounded discovery and Plaintiff has answered. Defendant is in the process of responding to the written discovery. The parties will also disclose and depose experts.  The experts will include several medical providers and human factors experts.

**III.   REASONS WHY DISCOVERY WAS NOT SATISFIED OR COMPLETED WITHIN THE TIME LIMIT SET BY THE DISCOVERY PLAN:**

The parties have been working diligently throughout the discovery process.  The parties are currently requesting dates to mediate the case and working toward settlement as this will save money in expert costs. As indicated above, the parties engaged in discovery efforts in terms of disclosures and written discovery. A Rule 35 Exam of the Plaintiff was conducted on May 7, 2024. The Rule 35 Exam report was disclosed by Defendants. Plaintiff's deposition took place on June 26, 2024. Plaintiff recently underwent foot surgery related to the injuries sustained in the slip and fall at COSTCO. Plaintiff continues to treat for her injuries. Plaintiff is continuing to supplement the medical records and billing. The disclosure of the updated medical records is needed for the parties to include said information in their expert reports. Defendant's responses to the written discovery are due September 30, 2024. Discovery responses are needed for the human factors expert to provide their expert opinions. The parties are also currently discussing settlement in this case prior to incurring costs for experts.

## IV. **GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION**

As stated above, the parties have been working diligently on all discovery-related items. There are outstanding written discovery responses and deposition of the parties in order for experts to be informed and complete reports. The parties anticipate this extension will be a reasonable amount of time for mediation to occur and all depositions and disclosures mentioned above to be completed.

## V. **SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY:**

The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling Order be continued 60 days, as follows:

The parties propose the following discovery schedule to be approved by the Court:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Cut-Off | December 05, 2024 | February 3, 2025 |
| Amending Pleadings and Adding Parties | September 05, 2024 | November 4, 2024 |
| Initial Expert Disclosures | October 04, 2024 | December 3, 2024 |
| Rebuttal Expert Disclosures | November 04, 2024 | January 3, 2025 |
| Dispositive Motions | January 03, 2025 | March 4, 2025 |
| Pre-Trial Order[1] | February 03, 2025 | April 4, 2025 |

Despite best efforts, the parties have not been able to complete the discovery that is necessary and needed at this juncture. However, the parties believe that, should the Court approve this Stipulation for an extension of discovery deadlines, the additional time requested herein will be sufficient to allow the parties to complete discovery.

…

---

[1] If a dispositive motion is filed, the deadline for filing the joint pretrial order will be suspended until 30-days after the decision on the dispositive motions or further Court order. See LR 26-1(b)(5).

1  IT IS RESPECTFULLY SUBMITTED.

3  Dated this 13th day of September 2024          Dated this 13th day of September 2024.

4  RANALLI ZANIEL FOWLER &                       PAUL PADDA LAW, PLLC.
   MORAN, LLC

6  */s/ Maegun Mooso*                            */s/ Paul S. Padda*
   George M. Ranalli, Esq.                       Paul S. Padda, Esq.
   Nevada Bar No. 5748                           Nevada Bar No. 10417
   Maegun Mooso, Esq.                            Srilata R. Shah, Esq.
   Nevada Bar No. 15067                          Nevada Bar No. 6820
   2340 W. Horizon Ridge Parkway, #100           4560 S. Decatur Blvd., Ste. 300
   Henderson, NV 89052                           Las Vegas, NV 89103
   ranalliservice@ranallilawyers.com             sri@paulpaddalaw.com
   *Attorneys for Defendant,*                    *Attorneys for Plaintiff*
   *Costco Wholesale Corporation*

13  IT IS SO ORDERED

    _____
    UNITED STATES MAGISTRATE JUDGE

16  Date:  September 13, 2024

18  Prepared and submitted by:

19  PAUL PADDA LAW, PLLC

20  /s/ Srilata R. Shah
    _____
    Srilata R. Shah, Esq.
    Nevada Bar No. 6820
    4560 S. Decatur Blvd., Ste. 300
    Las Vegas, NV 89103
    *Attorneys for Plaintiff*