SODW
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorney for Defendant,
*COSTCO WHOLESALE CORPORATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLY RAI, individually; | ) |
| Plaintiff, | ) 2:24-cv-00161-JAD-EJY |
| vs. | ) |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ASHLY RAI, and Defendant, COSTCO WHOLESALE CORPORATION, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice, with each of the parties to pay their own attorneys' fees, costs, and interests herein incurred.

1

It is Further Stipulated that the Trial Currently Schedule for March 10, 2026, be Vacated.

| January 12, 2026<br>November ____, 2025 | January 9th 2025<br>~~November~~ ___, 2025 |
|---|---|
| PAUL PADDA LAW, PLLC INJURY LAW | RANALLI ZANIEL FOWLER & MORAN, LLC |
| *Srilata R. Shah* | *[signature]* |
| **PAUL S. PADDA, ESQ.**<br>Nevada Bar No.: 10417<br>**SRILATA R. SHAH, ESQ.**<br>Nevada Bar No.: 6820<br>**ROBERT KERN, ESQ.**<br>Nevada Bar No.: 10104<br>4560 South Decatur Boulevard, Suite 300<br>Las Vegas, Nevada 89103<br>Attorneys for Plaintiff<br>*Ashly Rai* | **GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No.: 5748<br>**JOHN W. KIRK, ESQ.**<br>Nevada Bar No. 4654<br>**MAEGUN MOOSO, ESQ.**<br>Nevada Bar No. 15067<br>2340 W. Horizon Ridge Parkway, Suite 100<br>Henderson, Nevada 89052<br>Attorneys for Defendant<br>*COSTCO WHOLESALE CORPORATION* |

## ORDER

Based on the parties' stipulation [ECF No. 33] and with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
January 20, 2026

2

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778